UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZHE DANG,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director of USCIS; GREGORY W. CHRISTIAN, Acting Director of the Nebraska Service Center of USCIS; ROBERT S. MULLER, Director of FBI,<br><br>　　Defendants. | NO.  CV-06-217-RHW<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW PLAINTIFF'S MOTION FOR DEFAULT** |

　　Before the Court is Plaintiff's Memorandum of Withdrawal of Plaintiff's Motion for Default Judgment (Ct. Rec. 9).  Plaintiff asks that the Court to withdraw his Motion for Default Judgment that was filed on October 10, 2006.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1.  Plaintiff's Motion for Default Judgment (Ct. Rec. 7) is **withdrawn.**

　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

　　**DATED** this 17th day of November, 2006.

　　　　　　　　　　　　　　*s/ Robert H. Whaley*

　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2006\Dang\withdraw.wpd

**ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW PLAINTIFF'S MOTION FOR DEFAULT** ~ 1