UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ZHE DANG,

    Plaintiff,

v.

EMILIO T. GONZALEZ, Director of USCIS; GREGORY W. CHRISTIAN, Acting Director of the Nebraska Service Center of USCIS; ROBERT S. MULLER, Director of FBI,

    Defendants.

NO. CV-06-217-RHW

**ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is the parties' Joint Motion to Dismiss (Ct. Rec. 11). The parties move the Court for an order dismissing without prejudice Plaintiff's above-captioned case. On November 2, 2006, the United States Citizenship and Immigration Services (USCIC) approved Plaintiff's application for permanent residence. The parties agree that this renders Plaintiff's claims moot.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss (Ct. Rec. 11) is **GRANTED.**

///
///
///
///
///

**ORDER GRANTING JOINT MOTION TO DISMISS ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to Plaintiff and counsel.
3  **DATED** this 11th day of January, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Dang\grant.wpd

**ORDER GRANTING JOINT MOTION TO DISMISS ~ 2**